# Exhibit "K"

# UNAUDITED
## BALANCE SHEET AND STATEMENT OF OPERATIONS

Avco Corporation
A Subsidiary of Textron Inc.

For the Fiscal Year Ended January 2, 2010

Avco Corporation (Avco) is a wholly owned subsidiary of Textron Inc. (Textron). The consolidated results of Avco include its unincorporated operating division, Lycoming Engines, and 5 wholly owned subsidiaries - Textron Systems Corporation, United Industrial Corporation, Overwatch Systems of Virginia Inc., Avco Rhode Island (2002) Inc. and Textron Systems Rhode Island (2001) Inc.

The balance sheet and statement of operations include the assets, liabilities and results of operations attributable to Avco, including assets and liabilities held at Textron on Avco's behalf, and costs incurred by Textron's shared services that are attributable to Avco's operations.

# Avco Corporation
## A Subsidiary of Textron Inc.

### Balance Sheet
### (Unaudited)

|  | January 2, 2010 |
|---|---:|
| **Assets** | |
| Cash and cash equivalents | $ 7.5 |
| Accounts receivable, net | 146.6 |
| Inventories | 127.4 |
| Other current assets | 11.1 |
| Total current assets | 292.6 |
| | |
| Property, plant and equipment, net | 129.2 |
| Loans to parent | 397.2 |
| Goodwill | 939.2 |
| Intangible and other assets | 407.6 |
| **Total assets** | $ 2,165.8 |
| | |
| **Liabilities and net worth** | |
| Trade accounts payable | $ 90.2 |
| Customer deposits | 94.7 |
| Tax payable | 14.3 |
| Accrued liabilities | 83.9 |
| Total current liabilities: | 283.2 |
| | |
| Borrowings from parent | 669.2 |
| Accrued pensions and other post retirement benefits | 367.5 |
| Other liabilities | 204.2 |
| **Total liabilities** | 1,524.0 |
| | |
| **Net worth** | 641.8 |
| **Total liabilities and net worth** | $ 2,165.8 |

Avco Corporation
A Subsidiary of Textron Inc.

Statement of Operations
For the year ended January 2, 2010
(Unaudited)

|  | 2009 |
|---|---:|
|  | *(In millions)* |
| **Revenues** | $ 1,383.2 |
|  |  |
| **Costs, expenses and other** |  |
| Cost of sales | (1,108.4) |
| Selling and administrative | (184.6) |
| Interest expense | (40.4) |
| Special charges | (6.5) |
| Total costs, expenses and other | (1,339.9) |
|  |  |
| Net income before income taxes | 43.3 |
|  |  |
| Income tax expense | 13.7 |
|  |  |
| **Net Income** | $ 29.6 |