IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH L. AGOSTINI, et al.     :     CIVIL ACTION
                               :
                v.             :
                               :
PIPER AIRCRAFT CORPORATION,    :
et al.                         :     NO. 11-7172


ORDER

AND NOW, this 29th day of February, 2012, upon
consideration of the plaintiffs' Motion to Remand for Lack of
Federal Subject Matter Jurisdiction (Docket No. 31), the
defendants' response thereto, the plaintiffs' brief in reply,
after an on-the-record argument in a telephone conference, and
for the reasons stated in a memorandum of law bearing today's
date, IT IS HEREBY ORDERED that the plaintiffs' motion is
GRANTED.  This case is REMANDED to the Court of Common Pleas for
Philadelphia County.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.